WINFIELD v. PIERCE

No. 317P84.

Case below: 68 N.C. App. 357.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 October 1984.